

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

May 18, 2026

*[handwritten]* 5/18/26

Case Adj to Sept. 9, 2026 At 12:15 — time Excluded through Sept 9, in the interest of justice, to facilitate plea discussions.

*[signature] Colleen Mc McMahon*

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Derick Colon*, **26 Cr. 59 (CM)**

Dear Judge McMahon:

The Government requests that the Court adjourn the conference currently scheduled for May 20, 2026, for approximately 60 days. The parties remain actively engaged in discussions about a pre-trial resolution to this matter and need additional time to conclude those discussions. Accordingly, the Government also requests that time be excluded through the date of the next conference to permit the parties to continue their discussions. Counsel for Derick Colon consents to these requests.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (by ECF):   Michael D. Bradley, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-26