BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

MEMO ENDORSED
9/8/26

September 7, 2026

Case adj to Oct. 20, 2026 at 2:15pm — time excluded in the interest of justice to facilitate plea discussions

Colleen McMahon

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Derick Colon***
26 Cr. 59 (CM)

Dear Judge McMahon:

I represent Derick Colon in the above referenced matter, next set for a status conference on September 9, 2026. I respectfully request with the consent of the government that the Court adjourn the conference for approximately 30 days. The parties remain actively engaged in discussions about a pre-trial resolution to this matter and need additional time to conclude those discussions. We consent to the exclusion of time through the date of the next conference for these purposes. Accordingly, we respectfully request an adjournment to a date after October 9 convenient to the Court. We appreciate the Court's time and attention to this matter.

Respectfully Submitted,

Michael

Michael D. Bradley
*Attorney for Derick Colon*

Cc: AUSA William Stone
(*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
Date 9-8-26