Case 1:26-cr-00059-CM Document 62 Filed 10/20/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

MEMO ENDORSED

October 20, 2026

10-20-26

Case Adj to Dec. 2, 2026 At 11:30 AM — time Excluded through Dec 2, in the interest of justice to facilitate plea negotiations.

Colleen McMahon

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Derick Colon*, 26 Cr. 59 (CM)**

Dear Judge McMahon:

The Government requests that the Court adjourn the conference currently scheduled for October 21, 2026, for approximately 45 days until December 2, 2026, at 11:30 a.m. The parties remain actively engaged in discussions about a pre-trial resolution to this matter and need additional time to conclude those discussions. Accordingly, the Government also requests that time be excluded through the date of the next conference to permit the parties to continue their discussions. Counsel for Derick Colon consents to these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: William Stone
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (by ECF): Michael D. Bradley, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10-20-26