**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

MEMO ENDORSED

November 24, 2026

11-24-26

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Case adj to Jan 28, 2027 at 12:45pm – time excluded through Jan 28, in the interest of justice, to facilitate plea discussions.

**Re: *United States v. Derick Colon*, 26 Cr. 59 (CM)**

Dear Judge McMahon:

The Government requests that the Court adjourn the conference currently scheduled for December 2, 2026, until January 28, 2026, at 12:45 p.m. The parties remain actively engaged in discussions about a pre-trial resolution to this matter and need additional time to conclude those discussions. Accordingly, the Government also requests that time be excluded through the date of the next conference to permit the parties to continue their discussions. Counsel for Derick Colon consents to these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc (by ECF): Michael D. Bradley, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11-24-26